**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUMIT NGN,<br><br>*Petitioner*,<br><br>v.<br><br>WARDEN, DELANEY HALL DETENTION FACILITY, *et al.*,<br><br>*Respondents.* | Civil Action No. 3:26-cv-14195 (MAS)<br><br>**MEMORANDUM ORDER** |

**THIS MATTER** comes before the Court upon Respondents' October 31, 2026, correspondence concerning Petitioner's location and requesting transfer of this action to the United States District Court for the Eastern District of New York. (ECF No. 6.) Respondents represent that Petitioner was transferred from Delaney Hall Detention Facility in Newark, New Jersey, to the Metropolitan Detention Center in Brooklyn, New York, on October 30, 2026, at 12:30 p.m., before the filing of the instant Petition later that day. *See* ECF No. 6. A petition for writ of habeas corpus challenging present physical custody ordinarily must be brought in the district of confinement. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Because Petitioner was confined in New York when this action was filed, this Court lacks jurisdiction over the Petition. Therefore, in the interest of justice, and pursuant to 28 U.S.C. § 1631, this action shall be transferred to the United States District Court for the Eastern District of New York, the district in which Petitioner is presently confined. Based on the foregoing, and for good cause shown;

**IT IS** on this 2nd day of November, 2026, **ORDERED** that:

1. The Court's October 30, 2026, Order enjoining Respondents from transferring Petitioner from New Jersey (ECF No. 4) is **VACATED.**

2. The Clerk of Court shall **TRANSFER** this action to the United States District Court for the Eastern District of New York and **CLOSE** this matter.

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**